IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00704-RTG

JABARI J. JOHNSON,

    Plaintiff,

v.

PATRICK GENTZLER, *et al.*,

    Defendants.

## ORDER OF RECUSAL

Title 28 U.S.C. § 455(b) requires that a judge disqualify himself in certain circumstances in which his impartiality might be reasonably questioned. The provision is self-enforcing on the part of the judge. *See United States v. Pearson*, 203 F.3d 1243, 1276 (10th Cir. 2000). Simply put, "[w]hat matters is not the reality of bias or prejudice but its appearance." *Liteky v. United States*, 510 U.S. 540, 548 (1994).

Guided by the considerations addressed above, I conclude that it is prudent for me to recuse myself from further service in the matter.

Accordingly, **IT IS ORDERED** that:

(1)    I recuse myself from further service in this matter; and

(2)  The Clerk of the Court shall cause this case to be reassigned.

DATED March 4, 2025.

BY THE COURT:

Richard T. Gurley
United States Magistrate Judge